LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 22 2008 R.D.
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

IN RE:

THE MATTER OF THE SEARCH OF
ELECTRONIC DEVICES SEIZED FROM
ERNESTO PAGLICAWAN VERDERA
ON FEBRUARY 28, 2007

MAGISTRATE CASE NO. 08-00003

**LODGED UNDER SEAL**

UNITED STATES' MOTION
FOR EXTENSION OF TIME
FOR RETURN OF SEARCH
WARRANT

COMES NOW the United States, by its attorney, Marivic P. David, Assistant U.S. Attorney, and moves this Honorable Court for an order granting an extension of time for return of search warrant in the above-entitled case, and that the matter remain sealed, for the reason that further investigation is still pending, which may be hindered by making this cause available for public scrutiny. In support of this motion, the government avers as follows:

1. On April 7, 2008, Task Force Agent, U.S. Immigration and Customs Enforcement (ICE) Peter F. Ungacta, applied for a search warrant for electronic devices seized from Ernesto Paglicawan Verdera in connection with his arrest on February 28, 2007. This Court authorized said search warrant of certain electronic devices.

//

2. The search warrant authorized a forensic search of the devices which must be accomplished at the Cyber Crimes Unit of ICE in Chicago, Illinois. Agent Ungacta spoke with examiner Wolflick on April 22, 2008 and learned the search is ongoing and completion is anticipated by May 6, 2008.

3. The government attorney only learned that the computer search had not been completed on April 18, 2008.

WHEREFORE, for these reasons, the government respectfully requests that this Court enter an order permitting the government a thirty-day extension of time for return of search warrant.

RESPECTFULLY SUBMITTED this 22nd day of April, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney