LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| IN RE:<br><br>SEARCH OF ELECTRONIC DEVICES<br>SEIZED FROM ERNESTO PAGLICAWAN<br>VERDERA ON FEBRUARY 28, 2008. | MAGISTRATE CASE NO. 08-00003<br><br><br>ORDER |

This matter having come before the court on the United States' Motion for Extension of Time for Return of Search Warrant, and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that a thirty-day extension of time for return of search warrant is granted, and the record herein be sealed until such return to the court.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: May 09, 2008**