# United States District Court

## FOR THE DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
MAY 16 2008 p.D.
JEANNE G. QUINATA
Clerk of Court

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Electronic devices seized from Ernesto Paglicawan Verdera on February 28, 2008
(Further Described in Attachment A)

**SEARCH WARRANT**

CASE NUMBER: ~~08-00016~~  4/7/08

mj 08-00003

TO: <u>ANY FEDERAL LAW ENFORCEMENT OFFICER</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Peter F. Ungacta, Jr.</u> who has reason to
    Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)
The Evidence Room of the U.S. Immigration & Enforcement RAC/Guam in the First Hawaiian Bank Building, Suite 401, 400 Route 8, Mongmong, Guam

in the _____ District of Guam _____ there is now concealed a certain person or property, namely (describe the person or property)
see Attachment A which is incorporated herein.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____
                                                   Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime—6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>JOAQUIN V.E. MANIBUSAN, JR.</u>
as required by law.                                              U.S. Judge or Magistrate

4/7/2008   3:25 P.M.   at   Hagatna, Guam
Date and Time Issued            City and State

JOAQUIN V.E. MANIBUSAN, JR.   Magistrate Judge
Name and Title of Judicial Officer    Signature of Judicial Officer

**ORIGINAL**

AO 93 (Rev. 2/90) Search Warrant

| | RETURN | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attachment
    Return of Warrant
    Case Number MJ 08-00003

### CERTIFICATION

    I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_____

Subcribed, sworn to, and returned before me this date.

_____    _____
U.S. Judge or Magistrate    Date



# "ATTACHMENT A"

The electronic devices seized from Ernesto P. Verdera on February 28, 2008, now held in evidence by ICE RAC/Guam, are:

- Ion, IOGEAR, 2.5" Ion-Drive, external hard-drive, model number GHD225U40
- Ortel Mobile SIM card, bearing number 354H79
- Globe Handy Phone SIM card, bearing label WIBGTC
- Smart Buddy SIM card, bearing number LGS0103
- Nokia cell phone, model: 6230, type: RM-72
- Nokia cell phone, model: N70-1, type: RM-84
- Nokia cell phone, model: 6300, type: RM-217
- Nokia cell phone, model: 6630, type: RM-1

The items referenced above are currently secured in the Evidence Room of the U.S. Immigration & Customs Enforcement RAC/Guam in the First Hawaiian Bank Building, Suite 401, 400 Route 8, Mongmong, Guam.

- Attachment -
Return of Warrant
Case Number: MJ 08-00003

In the Matter of the search of electronic devices seized from Ernesto Paglicawan Verdera on February 28, 2008.

**DATE WARRANT RECEIVED:**
4/7/2008

**DATE AND TIME WARRANT EXECUTED:**
4/10/2008

**COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH:**
Ronald Wolflick
Group Supervisor
ICE SAC/Chicago
Cybercrimes Investigation Unit

**INVENTORY MADE IN THE PRESENCE OF:**
S/A Kevin Gerlock
S/A Robert Butterfield
S/A Rodney Hart

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT:**

One Digital Video Disc (DVD) containing reports and data from the computer forensic examination items listed in Attachment A of the warrant was shipped on May 14, 2008 via DHL, waybill # 875-0389-292, from the ICE SAC/Chicago Computer Forensics Lab to ICE RAC/Guam, Office of Investigations.

### CERTIFICATION

**I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.**

Subscribed, sworn to, and return before me this date.

_U.S. Judge or Magistrate_    5/16/2008